1000

No. 93–6395.  PALAZZOLA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6396.  ROBINSON *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 93–6397.  MEANS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6398.  POLANCO *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 93–6399.  PARKER *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 93–6400.  ONWUASOANYA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–6404.  WILLIAMS *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 93–6405.  SHELTON ET AL. *v.* SCOTT ET AL.  C. A. 2d Cir. Certiorari denied.

No. 93–6406.  SHELBY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6412.  SAVAGE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–6416.  CAMACHO *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–6417.  SCIRE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–6418.  THOMAS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–6419.  REVELS *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 93–6420.  ROBINSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–6422.  NUTTLE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.